**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200 / Fax: (702) 341-5300
dcohen@wrslawyers.com
dbravo@wrslawyers.com
ajg@wrslawyers.com

*Attorneys for Plaintiffs, JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIPO ACADEMY; ESTELLA SPAINE; BENJAMIN SALKOWE; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | Case No. 2:20-cv-01490-KJD-DJA<br><br>**ORDER TO CONTINUE PLAINTIFFS' OPPOSITION BRIEF DEADLINE FOR DEFENDANTS' MOTION TO DISMISS [ECF NO. 7]**<br><br>**(FIRST REQUEST)** |

Plaintiffs, JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually (collectively, "Plaintiffs") and Defendants, EQUIPO ACADEMY; ESTELLA SPAINE; and BENJAMIN SALKOWE (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to continue Plaintiffs' Opposition Brief deadline for Defendants' Motion to Dismiss filed on August 28, 2020 [ECF No. 7] from September 11, 2020 to September 18, 2020.

Plaintiffs request the deadline to file their Opposition Brief for Defendants' Motion to Dismiss to be continued one week due to staffing issues as a result of Covid-19, the long Labor Day weekend, and other personal events.

DATED this 10th day of September, 2020.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: */s/ Douglas M. Cohen*
 DOUGLAS M. COHEN, ESQ.
 Nevada Bar No. 1214
 DANIEL BRAVO, ESQ.
 Nevada Bar No. 13078
 A. JILL GUINGCANGCO, ESQ.
 Nevada Bar No. 14717
 3556 E. Russell Road, Second Floor
 Las Vegas, Nevada 89120
 Phone: (702) 341-5200
 Facsimile: (702) 341-5300
 Email: Dcohen@wrslawyers.com
 Email: Dbravo@wrslawyers.com
 Email: ajg@wrslawyers.com

*Attorneys for Plaintiffs, JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually*

DATED this 10th day of September, 2020.

**OLSON, CANNON, GORMLEY & STOBERSKI**

By: */s/ Stephanie Zinna*
 STEPHANIE ZINNA, ESQ.
 Nevada Bar No. 11488
 9950 W. Cheyenne Avenue
 Las Vegas, Nevada 89129
 Phone: (702) 384-4012
 Facsimile: (702) 383-0701
 Email: jolson@ocgas.com
 Email: szinna@ocgas.com

*Attorneys for Defendants, EQUIPO ACADEMY, ESTELLA SPAINE, and BENJAMIN SALKOWE*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: __9/11/2020__