JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgas.com
szinna@ocgas.com
702-384-4012
702-383-0701 fax

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually<br><br>Plaintiffs,<br><br>v.<br><br>EQUIPO ACADEMY; ESTELLA SPAINE; BENJAMIN SALKOWE; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01490-KJD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' REPLY DEADLINE TO PLAINTIFF'S OPPOSTION TO DEFENDANTS' MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

Defendants EQUIPO ACADEMY, ESTELLA SPAINE and BENJAMIN SALKOWE (collectively, "Defendants") by and through JAMES R. OLSON, ESQ. and STEPHANIE ZINNA, ESQ. of the law firm Olson Cannon Gormley & Stoberski, and Plaintiffs, by and through DOUGLAS M. COHEN, ESQ., of the law firm Wolf, Rifkin, Shapiro, Schulman & Rabkin, hereby stipulate and agree to continue Defendant's Reply deadline to Plaintiff's Opposition (ECF 15) in support of Defendant's Motion to Dismiss (ECF 7) from September 24, 2020, to October 5, 2020.

Defendants request the deadline to file their Reply Brief due to issues caused by Covid-19 and the fact that both Defendant's counsel have had family emergencies.

DATED this 1st day of October, 2020.

**Olson Cannon Gormley & Stoberski**

*/s/ Stephanie M. Zinna*
By_____
JAMES R. OLSON, ESQ.
Nevada Bar No. 116
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants

DATED this 1st day of October, 2020.

**Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP**

*/s/ Douglas M. Cohen*
By_____
DOUGLAS M. COHEN, EQ.
Nevada Bar No. 11488
3556 E. Russell Road, Second Floor
Las Vegas, NV 89120
Attorneys for Plaintiffs

## **ORDER**

IT IS SO ORDERED this 2nd day of October, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE