**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
DOUGLAS COHEN, ESQ.
Nevada Bar No. 1214
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Phone: (702) 341-5200 / Fax: (702) 341-5300
dcohen@wrslawyers.com
dbravo@wrslawyers.com
ajg@wrslawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIPO ACADEMY; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-01490-KJD-DJA<br><br>**STIPULATED SUPPLEMENTAL ORDER TO COURT ORDER (ECF No. 26)**<br><br>**(FIRST REQUEST)** |

      Defendant, Equipo Academy, by and through its attorneys of record, James Olson, Esq. and Stephanie Zinna, Esq., of the law offices of Olson Cannon Gormley & Stoberski, and Plaintiffs Jane Doe, Janet Doe and John Doe, by and through their attorneys, Douglas Cohen, Esq. and Wolf, Rifkin, Shapiro, Schulman and Rabkin, LLP, hereby stipulate and agree to the following supplemental order to the Court's Order (ECF No. 26) as follows:

1) Sensitive sexually oriented text messages exist by and between Jane Doe and Student X written at a time when Jane Doe was 12-years–old and Student X was 18-years old;

-1-

2) Plaintiffs will produce these text messages to Stephanie Zinna marked confidential and for Stephanie Zinna's eyes only on the condition that that texts will not be copied by her in any manner, including electronically, or be used by her in this litigation, or produced to any other person unless there is: (A) a written agreement between the parties or (B) Equipo Academy obtains a Court order permitting any portion of the texts to be copied, supplied to any other person (including an expert) or to be used for this litigation or for any purpose; and

3) In addition to the foregoing, the text messages may not be provided to any defense expert unless and until the defense expert signs the agreement attached hereto as **exhibit "A."**

DATED this 7th day of June, 2021.  DATED this 7th day of June, 2021.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: /s/ Douglas Cohen
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
3773 Howard Hughes Parkway,
Suite 590 South
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs*

**OLSON, CANNON, GORMLEY & STOBERSKI**

By: /s/ Stephanie Zinna
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 11488
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Facsimile: (702) 383-0701
jolson@ocgas.com
szinna@ocgas.com

*Attorneys for Defendant, EQUIPO ACADEMY*

**IT IS SO ORDERED.**

Dated: June 8th, 2021.

_____
DANIEL ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2021, a true and correct copy of **STIPULATED SUPPLEMENTAL ORDER TO COURT ORDER (ECF No. 26) (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Finley*
Jennifer Finley, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

# EXHIBIT A

# (ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND)

# EXHIBIT A

# (ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND)

**EXHIBIT A**

**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

I hereby attest to my understanding that ANY TEXT MESSAGES BY AND BETWEEN Jane Doe and Student X designated as "CONFIDENTIAL – Subject to Court Order" AND FOR STEPANIE ZINNA'S EYE'S ONLY are provided to me subject to the STIPULATED SUPPLEMENT TO COURT ORDER ECF No. 26, in *Doe v. Equipo Academy*, Case No. 2:20-cv-01490-KJD-DJA, pending in the United States District Court, District of Nevada. I further attest that I have been given a copy of and have read the STIPULATED SUPPLEMENT TO COURT ORDER ECF No. 26 and that I agree to be bound by its terms. I also understand that my execution of this Acknowledgement and Agreement to Be Bound is a prerequisite to my review of any Materials designated as "CONFIDENTIAL – Subject to Court Order" AND FOR STEPHANIE ZINNA'S EYE'S ONLY.

I further agree that I shall not disclose to anyone except in accord with the SUPPLEMENT TO COURT ORDER ECF No. 26 in *Doe v. Equipo Academy*, Case No. 2:20-cv-01490-KJD-DJA. I further agree and attest to my understanding that my obligation to honor the confidentiality of such Materials and information will continue even after this litigation concludes.

The confidential text messages by and between Jane Doer and Student X will not be copied by me in any manner, including electronically, or be used in this litigation, or be shared with any other person unless there is: (A) a written agreement between the parties or (B) Equipo Academy obtains a Court order permitting any portion of the text messages to be copied, supplied to any other person (including an expert) or to be used for this litigation or for any other purpose. I further agree and attest to my understand that, if I fail to abide by the terms of the Protective Order, I may be subject to sanction, including contempt of court, for such failure.

/ / /

/ / /

1

1    I agree to be subject to the jurisdiction of the United States District Court, District of
2 Nevada, for the purposes of any proceedings relating to the enforcement of the Protective
3 Order.
4    DATED this _____ day of _____, 2021.
5
6                                                                    _____
                                                                     Name:
7
8 **SUBSCRIBED AND SWORN** to before me
9 This _____ day of _____, 2021.
10
   _____
11 **NOTARY PUBLIC** in and for the
12 County of _____, State of _____.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28