**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
DOUGLAS COHEN, ESQ.
Nevada Bar No. 1214
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Phone: (702) 341-5200 / Fax: (702) 341-5300
dcohen@wrslawyers.com
dbravo@wrslawyers.com
ajg@wrslawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIPO ACADEMY; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-01490-KJD-DJA<br><br>~~STIPULATION AND~~ ORDER FOR DISMISSAL WITH PREJUDICE |

COMES NOW, Plaintiffs, JOHN DOE, as the father of JANE DOE, his minor daughter; JANET DOE, as the mother of JANE DOE, her minor daughter; and JANE DOE, individually by and through their attorneys of record at Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Defendants, EQUIPO ACADEMY by and through their undersigned attorneys of record, and stipulate to dismissal of the above entitled matter including any and all claims therein, with prejudice, in its entirety; each party shall bear its own fees and costs.

/ / /

/ / /

The Parties further stipulate that any and all outstanding dates and deadlines in this matter shall be vacated and that the Court shall retain jurisdiction as to requirements relating to the previously approved Minor's Compromise.

**IT IS SO STIPULATED.**

DATED this 9th day of November, 2021.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: /s/ Douglas Cohen
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
3773 Howard Hughes Parkway,
Suite 590 South
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs*

DATED this 9th day of November, 2021.

**OLSON, CANNON, GORMLEY & STOBERSKI**

By: /s/ Stepahnie Zinna
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 11488
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Facsimile: (702) 383-0701
jolson@ocgas.com
szinna@ocgas.com

*Attorneys for Defendant, EQUIPO ACADEMY*

**ORDER**

**IT IS SO ORDERED.**

Dated: 11th day of November, 2021.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE